IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  9:16-cv-81625-RLR-JMH

RENEE LE FLOCH,

        Plaintiff,

vs.

SUSAN VAN VEEN,

        Defendant.

**JOINT MOTION FOR EXTENSION OF TIME TO FILE APPROPRIATE PLEADINGS RELATED TO THE DISMISSAL OF THIS ACTION**

Plaintiff, Renee Le Floch, and Defendant, Susan Van Veen, jointly request a thirty-day extension of time to file the appropriate pleadings related to the dismissal of this action and say:

1. At a mediation conference on May 16, 2017, the parties reached an agreement to resolve all claims related to this dispute.  *See* [D.E. 29].  The Parties have subsequently memorialized that agreement in a formal Settlement Agreement and Mutual General Release of All Claims (the "Settlement Agreement").

2. The Settlement Agreement is contingent upon the Probate Court's approval in matter *In re Estate of Alice Lattimore*, Case No. 50-2016-CP-3899, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

3. Theresa Parris a/k/a Terri Evans, the presumptive personal representative of the Estate of Alice Lattimore, and her counsel voluntarily participated in the mediation and tentatively agreed to the proposed Settlement Agreement.

4. To date, however, the Probate Court has not yet ruled on Ms. Evans' Petition for Administration or on whether to approve the Settlement Agreement on behalf of the Estate of Ms. Lattimore. Attached as Exhibit A is correspondence from Ms. Evans' counsel relating to same.

5. On May 17, 2017, this Court rendered an Order Staying Case and Directing the Clerk of the Court to Close This Case for Statistical Purposes ("Order Staying Case"). See [D.E. 30].

6. The Order Staying Case instructed the parties to file any appropriate pleadings related to the dismissal of this action within thirty (30) days of the date of rendition of that Order. *Id.* at ¶ 3. The Order Staying Case also provided that any party may move for an extension of time to file appropriate pleadings related to the dismissal of this action. *Id.* at ¶ 4.

7. Because the Settlement Agreement is contingent upon the Probate Court's approval which the presumptive personal representative has not yet been able to obtain, good cause exists to extend the time for filing appropriate pleadings related to the dismissal of this action.

**WHEREFORE**, the Parties jointly request that the Court enter an Order extending the time to file any appropriate pleadings related to the dismissal of this action by thirty (30) days.

Respectfully submitted,                                Respectfully submitted,

**COZEN O'CONNOR**                                     **EDWARD F. HOLODAK, P.A**

*/s/ David M. Stahl*                                   */s/ Edward F. Holodak*
DAVID M. STAHL (FBN: 84713)                            EDWARD F. HOLODAK (FBN: 59234)
dstahl@cozen.com                                       edward@holodakpa.com
One Biscayne Tower                                     7951 SW. 6th St., Suite 210
2 South Biscayne Blvd., 30th Floor                     Plantation, FL 33324
Miami, Florida 33131                                   Tel: (954) 927-3436  Fax: (954) 239-5786
Tel: (305) 358-5001  Fax: (305) 720-2248               *Attorney for Defendant*
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.  I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

/s/ David M. Stahl
David M. Stahl, Esq.