# Exhibit "A"

**Stahl, David**

| | |
|---|---|
| **From:** | Ashley Steffen <ashley@ddpalaw.com> |
| **Sent:** | Thursday, June 8, 2017 11:23 AM |
| **To:** | Stahl, David; Edward F Holodak |
| **Cc:** | Rosemary Eden |
| **Subject:** | Re: Estate of Alice Lattimore |

Hi All,

As an update, the Judge required an Oath from a witness to the Will in order to admit the Will to probate and sign the Order on same. Despite the Order appointing the PR being an entirely separate order, the Judge wanted to sign the Orders at the same time. It took us awhile to get in contact with the witnesses and actually have one of them get an Oath notarized. We just received the Oath this week and sent it to the Judge. We are hopeful to have our Orders signed next week. Once we see the Orders have been signed, we will have Terry sign the Settlement Agreement, as PR, and file the Petition to Approve the Settlement Agreement. Please advise if you will be attending the hearing on the Petition to Approve the Settlement Agreement so we know to schedule same with you.

Best,

**Ashley T. Steffen,** Attorney

ashley@ddpalaw.com

954.712.3070 office  |  954.337.3824 fax

Tower 101 | 101 NE 3rd Ave., Suite 1410 | Ft. Lauderdale, FL 33301



Confidentiality Notice: The preceding email message is confidential. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message, and any information contained in the email may not be relied upon by any other party. This email shall not be forwarded, copied and redistributed in any way without the expressed written consent of the sender.

On Wed, Jun 7, 2017 at 5:03 PM, Stahl, David <dstahl@cozen.com> wrote:

> Do you have any update regarding whether the Probate Court has approved Ms. Paris's Petition for Administration and the Settlement Agreement?
>
>
> Thank you,
>
>
> David