IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  9:16-cv-81625-RLR-JMH

RENEE LE FLOCH,

       Plaintiff,

vs.

SUSAN VAN VEEN,

       Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action shall be, and hereby is, dismissed with prejudice, each party to bear her own costs and attorney's fees.

Dated:   July 17, 2017

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **COZEN O'CONNOR** | **EDWARD F. HOLODAK, P.A** |
| /s/ David M. Stahl | /s/  Edward F. Holodak |
| DAVID M. STAHL (FBN: 84713) | EDWARD F. HOLODAK (FBN: 59234) |
| dstahl@cozen.com | edward@holodakpa.com |
| Southeast Financial Center | 7951 SW. 6th St., Suite 210 |
| 200 South Biscayne Blvd., Suite 3000 | Plantation, FL 33324 |
| Miami, Florida 33131 | Tel:  (954) 927-3436  Fax: (954) 239-5786 |
| Tel:  (305) 358-5001  Fax: (305) 720-2248 | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.  I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

/s/ *David M. Stahl*
David M. Stahl, Esq.